UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
MOAMEN KHALIFA,                                                    :
:
     Plaintiff,              :
:                          24-CV-9559 (JMF)
  -v-                                           :
:                              ORDER
HILTON WILLOUGHBY III et al.,                          :
:
     Defendants.            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On **January 14, 2025**, Defendant Outsource N.Y.C. Inc. ("Outsource") was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 26. To date, Outsource has failed to appear in this action. No later than **March 21, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Outsource or if he has any other reason to believe that Outsource has actual notice of this lawsuit.

  Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Outsource **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

  SO ORDERED.

Dated: March 14, 2025
  New York, New York
_____
       JESSE M. FURMAN
       United States District Judge