UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                        :

MOAMEN KHALIFA,                                        :

                                  Plaintiff,             :            24-CV-9559 (JMF)

                      -v-                               :            <u>ORDER</u>

HILTON WILLOUGHBY III et al.,             :

                                Defendants.        :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the new motion to dismiss filed by Defendants Glam NYC Services Corp. and Hotel Housekeeping Inc. ("Moving Defendants"), *see* Docket No. 55, the earlier motion to dismiss filed at Docket No. 37 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **April 21, 2025**. Moving Defendants' reply, if any, is due by **April 28, 2025**.

      The Clerk of Court is directed to terminate Docket No. 37.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York
                                                               JESSE M. FURMAN
                                                     United States District Judge